# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0490
LT Case No. 16-2022-DR-503-D

_____

LEON DEVONTE WALKER,

    Appellant,

    v.

KELIESHIA BRYANT,

    Appellee.

_____

Nonfinal appeal from the Circuit Court for Duval County.
Eric Chase Roberson, Judge.

Leon Devonte Walker, Moore Haven, pro se.

No Appearance for Appellee.

November 10, 2025

PER CURIAM.

    AFFIRMED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____